Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA  92130-2594
Telephone:  858.720.5700
Facsimile:  858.720.5799

William C. Rava, WSBA No. 29948
(*Pro Hac Vice* Forthcoming)
WRava@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Plaintiff and Counterclaim-Defendant
EVOLUTION NUTRITION, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVOLUTION NUTRITION, INC.,<br><br>            *Plaintiff*,<br><br>      v.<br><br>INCLINE HEALTH, INC., and EVLUTION NUTRITION, LLC,<br><br>            *Defendants*.<br><br>INCLINE HEALTH, INC. and EVLUTION NUTRITION, LLC,<br><br>            *Counterclaim-Plaintiffs*,<br><br>      v.<br><br>EVOLUTION NUTRITION, INC.,<br><br>            *Counterclaim-Defendant*. | Case No. 17-cv-1368-BTM-KSC<br><br>**PLAINTIFF EVOLUTION NUTRITION, INC.'S ANSWER TO DEFENDANTS' COUNTERCLAIM**<br><br>The Honorable Barry Ted Moskowitz |

Plaintiff Evolution Nutrition, Inc. answers Defendants Incline Health, Inc. and Evlution Nutrition, LLC (collectively, "Defendants") Counterclaim as follows:

**ANSWER**

1. Evolution Nutrition lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegations in this paragraph and therefore deny them.

2. Evolution Nutrition lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegations in this paragraph and therefore deny them.

3. Evolution Nutrition admits that Defendants sell nutritional and dietary supplements, among other things. Evolution Nutrition lacks sufficient information or knowledge to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore deny them.

4. Evolution Nutrition admits that it is a California corporation with its principal place of business in Solana Beach, California.

5. Evolution Nutrition admits that it provides online services including, among other things, providing meal planning services, as well as providing a comprehensive, web-based tool used by personal trainers and health and fitness professionals to deliver nutrition solutions for clients.

6. Evolution Nutrition admits the allegations of Paragraph 6 of the Counterclaim.

7. Evolution Nutrition lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegations in this paragraph and therefore deny them.

**GENERAL ALLEGATIONS**

8. Evolution Nutrition admits that the United States Patent and Trademarks Office ("USPTO") shows the registrations in Paragraph 8 are for the marks listed and

list Defendant Evlution Nutrition as the owner of Reg. No. 5,279,570 and Defendant Incline Health as the owner of Reg. No. 4,408,624 and Reg. No. 4,675,545.  Evolution Nutrition denies any remaining allegations.

9.   Evolution Nutrition admits that the USPTO shows that Defendant Evlution Nutrition filed an application for the mark "Evlution Nutrition" on June 12, 2017.  Evolution Nutrition lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegations in this paragraph and therefore deny them.

10.   Evolution Nutrition lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegations in this paragraph and therefore deny them.

11.   Evolution Nutrition admits that the USPTO shows that Defendant Incline Health filed an application for the mark "Evolution Nutrition" on October 28, 2016 for dietary and nutritional supplements.

12.   Evolution Nutrition admits that it owns a registration for "Evolution Nutrition" (Reg. No. 4047429) which it uses in connection with its online services in the health, fitness and nutrition industry.

13.   Evolution Nutrition lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegations in this paragraph and therefore deny them.

14.   Evolution Nutrition admits that it does not manufacture or sell dietary or nutritional supplements.

15.   The USPTO's actions speak for themselves.  Evolution Nutrition denies the characterization in Paragraph 15 of those actions and denies that those actions are relevant to this case in the way suggested by Defendants.

16.   Evolution Nutrition denies the allegations of Paragraph 16 of the Counterclaim.

17. Evolution Nutrition admits that it sells its services to many consumers, including sophisticated fitness professionals. Evolution Nutrition denies any remaining allegations.

18. Paragraph 18 of the Counterclaim contains legal conclusions to which no response is required. The federal registrations for marks using the term "evolution" speak for themselves.

19. Evolution Nutrition lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegations in this paragraph and therefore deny them.

20. Evolution Nutrition lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegations in this paragraph and therefore deny them.

21. Evolution Nutrition admits that it sells its services online through memberships to healthcare professionals, among other channels. Evolution Nutrition lacks sufficient information or knowledge to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore deny them.

22. Evolution Nutrition admits that it sells its services online and displays its mark on the Evolution Nutrition website. The remaining allegations in this paragraph are legal conclusions to which no response is required. To the extent a response is required, the allegations are denied.

## COUNT 1
## DECLARATORY RELIEF

23. Evolution Nutrition repeats and realleges each and every response contained in paragraphs 1 through 22 above, as if fully set forth herein.

24. Evolution Nutrition lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegations in this paragraph and therefore deny them.

25. Evolution Nutrition admits the allegations of Paragraph 25 of the Counterclaim.

26. Evolution Nutrition denies the allegations of Paragraph 26 of the Counterclaim.

Plaintiff and Counterclaim Defendant Evolution Nutrition denies that Defendants are entitled to any of its requested relief.

Dated:  December 1, 2017

**PERKINS COIE LLP**

By: *s/ Matthew C. Bernstein*
Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
**Perkins Coie LLP**
11988 El Camino Real, Suite 350
San Diego, CA  92130-2594
Telephone:  858.720.5700
Facsimile:  858.720.5799

Attorney for Plaintiff
Evolution Nutrition, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on December 1, 2017 to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5.4(d).  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

*s/ Matthew C. Bernstein*
Matthew C. Bernstein (SBN 199240)